Certificate Number: 15317-PAE-DE-037097355

Bankruptcy Case Number: 22-12815



15317-PAE-DE-037097355

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 10, 2023, at 1:47 o'clock PM PST, Stephanie J Brooks-Manning completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 10, 2023         By:    /s/Jezlygh Dela Cruz

                                Name:  Jezlygh Dela Cruz

                                Title: Credit Counselor