# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-12815-ELF

STEPHANIE JEANINE BROOKS-MANNING

305 BOK ROAD

WYNCOTE, PA 19095-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STEPHANIE JEANINE BROOKS-MANNING

305 BOK ROAD

WYNCOTE, PA 19095-

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER, ESQ.
DILWORTH PAXSON LLP
1500 MARKET ST., STE 3500 E.
PHILADELPHIA, PA 19102-

Date: 2/15/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee