*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephanie Jeanine Brooks–Manning

    Debtor(s)

Case No: 22–12815–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*RESCHEDULED
Motion to Dismiss Case for Failure to Make Plan Payments ,Filed by KENNETH E. WEST Represented by KENNETH E. WEST

on: 4/6/23

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/3/23

Timothy B. McGrath
Clerk of Court

24 – 21
Form 167