# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-12815-MDC

STEPHANIE JEANINE BROOKS-MANNING

305 BOK ROAD

WYNCOTE, PA 19095-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STEPHANIE JEANINE BROOKS-MANNING

305 BOK ROAD

WYNCOTE, PA 19095-

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    DILWORTH PAXSON LLP
    1500 MARKET ST., STE 3500 E.
    PHILADELPHIA, PA 19102-

    /S/ Kenneth E. West

Date: 5/4/2023    _____

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee