**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Stephanie Brooks-Manning** | **:** | **Chapter 13** |
| | **:** | |
| | **:** | |
| **Debtor,** | **:** | **Bankruptcy No. 22-12815** |

**NOTICE of Objection**

Debtor has filed an Objection with this Court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

You or your attorney must attend the hearing scheduled to be held on <u>August 15, 2023</u>, at 1030AM **via TELEPHONIC CONFERENCE.** If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:                                                        Respectfully Submitted,

                                                                  <u>/s/ Michelle Lee</u>

                                                                   Michelle Lee, Esquire

                                                                   Dilworth Paxson LLP
                                                                   1500 Market Street, Suite 3500E
                                                                   Philadelphia, PA 19102