*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephanie Jeanine Brooks−Manning
    Debtor(s)

Case No: 22−12815−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor's Objection to

Certification of Default of Stipulation Terms filed by FLAGSTAR BANK, FSB.

**THIS IS A TELEPHONIC HEARING**

dial 877−336−1828 with access code 7855846

on: 4/2/24

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/11/24

Timothy B. McGrath
Clerk of Court