# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: Maureen Elizabeth Calder | : | Chapter 13 |
| Debtor(s) | : | |
|  | : | No.  18-16521-AMC |
| Kenneth E. West | : | |
| Trustee | : | |

## ORDER

**AND NOW**, to wit, this _____ day of _____, 2021 at Philadelphia upon consideration of the averments made in Debtor's Motion for Wage Attachment, it is hereby

**ORDERED AND DECREED** that, until further Order of this Court, the entity from which the Debtor receives income:

> Chad M. Moore
> Payroll Manager
> Montgomery County
> P.O. Box 311
> Norristown, PA 19404

Shall deduct from said income the sum of $613.00 bi-weekly, beginning on the next pay day following receipt of this Order and deduct a similar amount from each pay period thereafter, including a pay period for which the debtor receives a periodic lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> Kenneth E. West, Esquire
> Chapter 13, Standing Trustee
> P.O. Box 1799
> Memphis, TN 38101-1799.

**Please include Debtor's Name and Case # 18-16521-AMC on all checks**

**IT IS FURTHER ORDERED** that the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedures.

**IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSES NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF THE DEBTOR WITH THE EXCEPTION OF ANY SUPORT PAYMENTS.**

**IT IS FURTHER ORDERED** that this Order supersedes previous orders made to the above-named entity in this case.

**IT IS FURTHER ORDERED** that the above-named entity shall not charge the Debtor for the administration of this Attachment Order, except as may be allowed upon application to and order of this Court.

**Date: November 8, 2021**

_____
J.

Cc:  See attached service list

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Kenneth E. West, Esquire
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 40837
PHILADELPHIA, PA 19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Chad M. Moore
Payroll Manager
Montgomery County
P.O. Box 311
Norristown, PA 19404

Maureen Elizabeth Calder
360 Radford Court
Glen Mills, PA 19342