# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maureen Elizabeth Calder aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>     Debtor(s) | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>     Movant<br>  vs. | |
| Maureen Elizabeth Calder aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>     Debtor(s) | NO. 18-16521 AMC |
| Kenneth E. West Esq.<br>     Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Certification of Default of M&T Bank, which was filed with the Court on or about January 19, 2022 (doc no. 102).

            Respectfully submitted,

            /s/ Rebecca A. Solarz, Esq.
            _____
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            Phone: (215)-627-1322

Dated:  March 28, 2022