**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  STEPHANIE BROOKS-MANNING, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 22-12815 |

## MOTION FOR PERMISSION TO APPROVE A LOAN MODIFICATION

Debtor, Stephanie Brooks-Manning, files the forgoing Motion for Permission to Approve a Loan Modification, and avers as follows:

1. Debtor filed her case on 10/20/2022.

2. Debtor owns property at 305 Bok Road, Wyncote, PA 19095.  Flagstar Bank maintains a mortgage against the subject property.

3. The parties have a long litigation history and Debtor's Plan remains unconfirmed.

4. To resolve Debtor's Objection to lender's Proof of Claim No. 3, Lender's Objection to Confirmation, and Stipulation related to a Motion for Relief, the parties agreed to a loan modification.

5. Lender requires Court permission to complete the loan modification.

6. The loan modification is in the best interest of the Debtor, as the arrears will be capitalized. A copy of the loan modification is attached hereto as Exhibit "A".

7. The unsecured creditors will be paid 100%.

8. The plan was modified to reflect the modification.

9. Based on the above, Debtor requests permission.

WHEREFORE, Debtor requests that the attached order be granted.

Date:  8/12/24                                                                         Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esq.

Dilworth Paxson LLP
1500 Market Street, Ste. 3500E
Philadelphia, PA 19102