**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  STEPHANIE BROOKS-MANNING, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 22-12815 |

### NOTICE FOR DEBTOR'S MOTION FOR PERMISSION TO APPROVE A LOAN MODIFICATION

Debtor, Stephanie Brooks-Manning, has filed a Motion for Permission to Approve a Loan Modification with this Court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want the Court to consider your views on the Motion, then on or before 8/26/24 you or your attorney must:

File with the Court a written response at:

U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA  19107
Attn: Bankruptcy Clerk

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. **You must mail a copy to:**

Michelle Lee, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

You or your attorney must attend the hearing scheduled to be held on **9/12/24 at 11AM at 900 Market Street, Philadelphia PA, Court room 1.** If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  8/12/24                                                  Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esq.
Dilworth Paxson LLP
1500 Market Street, Ste. 3500E
Philadelphia, PA 19102