Certificate Number: 15317-PAE-DE-039413421

Bankruptcy Case Number: 22-12815



15317-PAE-DE-039413421

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>March 6, 2025</u>, at <u>1:46</u> o'clock <u>PM PST</u>, <u>Stephanie J Brooks-Manning</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   March 6, 2025                By:   /s/Glend Enfestan

                                      Name:   Glend Enfestan

                                      Title:   Credit Counselor