United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12815-djb |
| Stephanie Jeanine Brooks-Manning | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 07, 2025 | Form ID: 138OBJ | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Jeanine Brooks-Manning, 305 Bok Road, Wyncote, PA 19095-2003 |
| 14729892 | | Home Depot, PO Box 6891000, Des Moines, IA 50368 |
| 14729900 | + | WF/Raymour, PO Box 14517, Des Moines, IA 50306-3517 |
| 14729890 | + | cheltenham school district, 8230 old york rd, Elkins Park, PA 19027-1514 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 08 2025 01:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 08 2025 01:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14732608 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2025 01:05:20 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14729889 | | Email/Text: bankruptcy@cavps.com | Mar 08 2025 01:20:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 14729888 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2025 01:06:14 | Cache LLC, 370 17th Street, Ste 5000, Denver, CO 80202-5616 |
| 14730719 | + | Email/Text: bankruptcy@cavps.com | Mar 08 2025 01:20:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14732607 | ^ | MEBN | Mar 08 2025 00:34:40 | FLAGSTAR BANK, FSB, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14729891 | + | Email/Text: servicingmailhub@flagstar.com | Mar 08 2025 01:20:00 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 14742280 | + | Email/Text: servicingmailhub@flagstar.com | Mar 08 2025 01:20:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14729893 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 08 2025 01:20:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14729895 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2025 01:05:58 | Portfolio Recovery Services, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14729896 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2025 01:39:33 | SYNCB/Care Credit, c/o PO Box 965036, Orlando, FL 32896-5036 |
| 14730193 | ^ | MEBN | Mar 08 2025 00:34:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14729897 | | Email/Text: bncmail@w-legal.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 07, 2025 | Form ID: 138OBJ | Total Noticed: 21 |

|  |  |  | Mar 08 2025 01:20:00 | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |
|---|---|---|---|---|
| 14729898 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 08 2025 01:20:00 | Verizon - DC, PO Box650584, Dallas, TX 75265-0584 |
| 14729901 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 08 2025 01:39:51 | WFFNatlbnk, PO Box 94498, Las Vegas, NV 89193-4498 |
| 14729899 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2025 01:05:16 | Walmart/Gemb, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14729894 |  | Macy's, 911 Duke Blvd |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Flagstar Bank  NA bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE LEE | on behalf of Debtor Stephanie Jeanine Brooks-Manning bky@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 159 − 152

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )  <br>   Stephanie Jeanine Brooks−Manning  )  <br>)  <br>)  <br>Debtor(s).  )  <br>)  <br>) | Case No. 22−12815−djb  <br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 7, 2025

For The Court

Timothy B. McGrath
Clerk of Court